(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

CLERK OF COURT

2018 JAN 29 PM 3: 25

U.S. ...
SOU...
...

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Plaintiff(s)

Case No. **1:18CV062**

LaPaula Baber

**J. BARRETT**

**M.J. BOWMAN**

vs.

Defendants(s)

LEC

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?**                             Yes _X_        No ___
  **A. If you answered "Yes":**
    (1) What is the name and address of your employer
    _Premiere Estates of Norwood_
    _1500 Sherman Ave_
    _Cincinnati OH 45212_
    (2) How much do you earn per month?
    _Varies work on call_

  **B. If you answered "No"**
    (1) Have you ever been employed?            Yes ___        No ____
    If yes, what was the last year and month you were
    employed? _____
    How much did you earn a month?_____

**II. What is your marital status?**
  Single _X_            Married _____        Widowed _____        Divorced _____
  **A. If you answered "Married":**
    (1) Is your spouse employed?  Yes ____        No ____
    If yes, how much does your spouse earn each month?
    $_____

**III. Do you have any dependents?**        Yes _X_        No ___
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
| Damarion Arnold | son | 100% |
| LaRuya Irvin | daughter | 100% |
| Qadir Blair | son | 100% |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**                             Yes ___        No _X_
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**

Yes_____ No__X__

   **A. If you answered "Yes", state the combined total amount:**

   $_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**

Yes_X_ No____

   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| 2051 Rudacan Place | 19,000 | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| M&T Bank | $ 774 | food | $ 500+ |
| Car note | $ 488 | student loans | 100 |
| Insurance | $ 240 | school | $ 1500 semester |
| duke energy | $ 350 | water | $320 @mnths |
| | | phone | $200 |

**VIII. State your address and telephone number where the Court can reach you.**

2051 Rudacan Place

Cincinnati OH 45240

**I declare under penalty of perjury that the above information is true and correct.**

1/29/18                                        

_____Date_____        _____Signature of Applicant_____

-3-